**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott Ryan Jossart** | Social Security number or ITIN  xxx–xx–9287 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: | **13–25438** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Ryan Jossart

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1 (f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

December 18, 2015                                                                                  For the court:   Jeffrey P. Allsteadt, Clerk
                                                                                                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                                       **Chapter 13 Discharge**                                                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                  Case No. 13-25438-JSB
Scott Ryan Jossart                                                      Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0752-1           User: vrowe                  Page 1 of 1                  Date Rcvd: Dec 18, 2015
                               Form ID: 3180W               Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2015.
db             +Scott Ryan Jossart,    90 6th Avenue,    La Grange, IL 60525-2467
20633662       +Comcast Security,    1230 E. Diehl Road,    Naperville, IL 60563-9353
20633663        Equifax Information Services, LLC,    1550 Peachtree Street NW,     Atlanta, GA 30309
20633664       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20633666       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21109478       +E-mail/Text: bncmail@w-legal.com Dec 19 2015 01:21:34      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
20633659       +EDI: CAPITALONE.COM Dec 19 2015 00:43:00      Capital One, N.A.,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
20633658       +EDI: AIS.COM Dec 19 2015 00:43:00      Capital One, N.A.,   c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
20633660       +EDI: CHASE.COM Dec 19 2015 00:43:00      Chase,   ATTN: Bankruptcy Department,     P.O. Box 15298,
                 Wilmington, DE 19850-5298
20633661       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Dec 19 2015 01:22:17       Comcast,
                 One Comcast Center,    Philadelphia, PA 19103-2899
20633665       +EDI: CHASE.COM Dec 19 2015 00:43:00      JPMorgan Chase,   270 Park Avenue,
                 New York, NY 10017-2014
20984956        EDI: Q3G.COM Dec 19 2015 00:43:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2015 at the address(es) listed below:
          Charles L. Magerski   on behalf of Debtor 1 Scott Ryan Jossart Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          David J Frankel   on behalf of Creditor   Galaxy Asset Purchasing LLC and its agent, Quantum3
           Group LLC dfrankel@sormanfrankel.com,    ckauffman@sormanfrankel.com
          Faiq Mihlar   on behalf of Creditor   JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,    bankruptcy@hsbattys.com
          Mohammed O Badwan   on behalf of Debtor 1 Scott Ryan Jossart mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                              TOTAL: 6
```